# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOBLEY, | Case No. LA CV 16-09682-VBF-AFM |
| Petitioner, | |
| v. | **JUDGMENT** |
| M.E. SPEARMAN (Warden), | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice for lack of subject-matter jurisdiction

Dated: February 12, 2018   _____
VALERIE BAKER FAIRBANK
Senior United States District Judge