# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOBLEY, <br><br> Petitioner, <br><br> v. <br><br> CRAIG KOENIG, Warden, <br><br> Respondent. | Case No. 2:16-cv-09682-VBF (AFM) <br><br> **ORDER ADOPTING THE R & R: DENYING HABEAS PETITION AND DIRECTING ENTRY OF JUDGMENT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file and the Report and Recommendation ("R&R") of the United States Magistrate Judge. Further, the Court has reviewed <u>de</u> <u>novo</u> review those parts of the R&R to which a party specifically objected.

It is therefore ORDERED that:

The Report and Recommendation is **ADOPTED**.

The habeas corpus petition is **DENIED**.

This action will be **DISMISSED WITH PREJUDICE.**

The Court will rule on a certificate of appealability by separate order.

As required by Fed. R. Civ. P. 58(a), final judgment consistent with this Order and with the R&R shall be entered as a separate document.

IT IS SO ORDERED.

DATED: August 14, 2019  _____

VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE