JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOBLEY,<br><br>    Petitioner,<br> v.<br>CRAIG KOENIG, Warden,<br><br>    Respondent. | Case No. 2:16-cv-09682-VBF (AFM)<br><br>**JUDGMENT** |

  Final judgment is hereby entered in favor of the respondent warden and against petitioner Timothy Hobley.

  IT IS SO ADJUDGED.

Dated: August 14, 2019

                *Valerie Baker Fairbank*
                _____

               Hon. VALERIE BAKER FAIRBANK
               SENIOR U.S. DISTRICT JUDGE